# In the United States Court of Federal Claims

(Pro Se)

|  |  |
|---|---|
| DAVID RODENBECK, | ) |
| Plaintiff, | ) |
| | ) No. 19-1772C |
| v. | ) (Filed: January 10, 2020) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Plaintiff, proceeding pro se, has filed this civil action against the United States of America. On November 21, 2019, the Court ordered Plaintiff to either pay the $400.00 in court fees or request authorization to proceed without prepayment of fees by submitting a signed application to proceed in forma pauperis by December 23, 2019. Docket No. 4. As Plaintiff has failed to do so, this case is **DISMISSED** without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.[1]

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge

---

[1] The Court notes that Plaintiff's Complaint brings claims under the Americans with Disabilities Act and Ohio state law, and attempts to bring suit against private parties, including Cardinal Health and ODW Logistics. See Docket Nos. 1, 5. It is unlikely that this Court has jurisdiction under the Tucker Act over those claims as stated in the Complaint. See 28 U.S.C. § 1491(a)(1).

7018 1830 0001 4963 6465